1  BARBARA J. PARKER, City Attorney, SBN 069722
   RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
2  JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
   CHARLES E. VOSE, Sr. Deputy City Atty., SBN 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Phone: (510) 238-2961, Fax: (510) 238-6500
   27797:1278019
5
   Attorneys for Defendants
6  CITY OF OAKLAND, JESSE LAWLESS,
   ROBERT ROSEN, DAVID PULLEN, ERIC THAW,
7  ALEXIS NASH, and IRA ANDERSON

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | RONALD HERD, an individual,              | Case No. C13-4443 MEJ
13 |              Plaintiff,                  |
                                              | **STIPULATION AND ORDER TO**
14 |      v.                                  | **CONTINUE CASE MANAGEMENT**
                                              | **CONFERENCE**
15 | CITY OF OAKLAND, California; California  |
   | Highway Patrol Sergeant JAMES SHEERAN    |
16 | and Officer JACOB JOHNSON; Oakland       |
   | Police Department Officers JESSE         |
17 | LAWLESS, ROBERT ROSIN,                   |
   | DANIEL HIGGINS, DAVID PULLEN,            |
18 | ERIC THAW, BRYAN FRANKS,                 |
   | ALEXIS NASH, and IRA ANDERSON;           |
19 | and Does 1-5,                            |

20 |              Defendants.                 |

21     The parties to this action hereby stipulate to continue the Case Management
22 Conference, currently scheduled for Thursday, January 2, 2014, to Thursday, February
23 27, 2014. This continuance is done in order to allow Plaintiff to serve Defendant
24 California Highway Patrol Sergeant James Sheeran and California Highway Patrol Officer
25 Jacob Johnson and allow those Defendants to appear in this matter.
26

Respectfully submitted,

DATED: December 26, 2013

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendants CITY OF OAKLAND, JESSE LAWLESS, ROBERT ROSEN, DAVID PULLEN, ERIC THAW, ALEXIS NASH, and IRA ANDERSON

DATED: December 26, 2013

DARRYL PARKER
PREMIER LAW GROUP, PLLC

By: _____/s/_____
Attorney for Plaintiff RONALD HERD

DATED: December 26, 2013

JOHN VERBER
PATRICK CALLAHAN
BURNHAM BROWN

By: _____/s/_____
Attorneys for Defendants DANIEL HIGGINS and BRYAN FRANKS

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Case Management Conference scheduled for January 2, 2014, is continued to Thursday, February 27, 2014. All current deadlines are also continued accordingly.

**IT IS SO ORDERED:**

Dated: December 30, 2013

_____
THE HONORABLE MARIA-ELENA JAMES