UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HERD,<br>       Plaintiff,<br>   v.<br>CITY OF OAKLAND, et al.,<br>       Defendants. | Case No.  13-cv-04443-MEJ<br><br>**ORDER RE: DISCOVERY MEET AND CONFER PROCEDURE** |

The Court is in receipt of Defendants' request, filed December 5, 2014, regarding the in-person meet and confer requirement for discovery disputes.  Dkt. No. 55.  Good cause appearing, the Court shall permit the parties to meet and confer by video conference if possible, otherwise by telephone.  To ensure compliance with the spirit of the meet and confer requirement, the parties shall make a contemporaneous record of their meetings using a court reporter or electronic recording device.

If the parties are unable to resolve any disputes at the meet and confer session, the moving party shall provide the opposing party with a draft joint letter in compliance with the undersigned's Discovery Standing Order.  Within seven (7) calendar days of receipt of the draft letter, the opposing party shall provide its portion of the letter.  If the opposing party fails to timely respond, the moving party shall file notice pursuant to Paragraph 3 of the Discovery Standing Order.

The parties should be mindful that the Court shall reinstate the in-person meeting requirement if it determines that the telephone meetings are not fruitful.

**IT IS SO ORDERED.**

Dated: December 5, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge