1  John J. Verber, State Bar No. 139917
   Patrick M. Callahan, State Bar No. 219419
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 14th Floor
5  Oakland, California  94612
   Telephone:    (510) 444-6800
6  Facsimile:    (510) 835-6666
   Emails:       jverber@burnhambrown.com
7                pcallahan@burnhambrown.com

8  Attorneys for Defendants
   DANIEL HIGGINS and BRYAN FRANKS
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  RONALD HERD, an individual, | No. 3:13-cv-04443-MEJ (EDL) |
| 13              Plaintiff, | [PROPOSED] ORDER EXCUSING DEFENDANTS DANIEL HIGGINS AND BRYAN FRANKS FROM SETTLEMENT CONFERENCE |
| 14  v. | |
| 15  CITY OF OAKLAND, California; STATE OF CALIFORNIA; California | Date:   December 4, 2015 |
| 16  Highway Patrol Sergeant JAMES SHEERAN and Officer JACOB JOHNSON; Oakland | Time:   9:30 a.m. Crtrm:  E |
| 17  Police Department Officers JESSE LAWLESS, ROBERT ROSIN, DANIEL | Judge:  Hon. Elizabeth D. Laporte Hrg.:   Settlement Conference |
| 18  HIGGINS, DAVID PULLEN, ERIC THAW, BRYAN FRANKS, ALEXIS NASH, and | |
| 19  IRA ANDERSON; and DOES 1-5, | Complaint Filed:      September 25, 2013 1st Amend. Complt.: November 13, 2014 |
| 20              Defendants. | 2nd Amend. Complt.: May 8, 2014 Trial Date:              March 21, 2016 |

21
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Upon application by Defendants DANIEL HIGGINS and BRYAN FRANKS, and good cause appearing, it is hereby ordered as follows:

Defendants DANIEL HIGGINS and BRYAN FRANKS are hereby excused from attending the Settlement Conference in this action, scheduled for Friday, December 4, 2015. A command level member of the Oakland Police Department will attend the Settlement Conference.

**IT IS SO ORDERED.**

Dated: October 23, 2015

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

4811-1340-2665, v. 1

2

[PROPOSED] ORDER EXCUSING DEFENDANTS DANIEL HIGGINS AND BRYAN FRANKS FROM SETTLEMENT CONFERENCE        No. 3:13-cv-04443-MEJ (EDL)