1 | BARBARA J. PARKER, City Attorney, SBN 069722
  | OTIS McGEE, Chief Assistant City Atty., SBN 071885
2 | DAVID A. PEREDA, Supervising Trial Atty., SBN 237982
  | CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
3 | One Frank H. Ogawa Plaza, 6th Floor
  | Oakland, California 94612
4 | Phone: (510) 238-2961, Fax: (510) 238-6500
  | 27797:1758271
5 |
  | Attorneys for Defendants
6 | CITY OF OAKLAND, JESSE LAWLESS,
  | ROBERT ROSEN, DAVID PULLEN, ERIC THAW,
7 | ALEXIS NASH, and IRA ANDERSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| RONALD HERD, an individual, | Case No. C13-04443 MEJ (EDL) |
|---|---|
| Plaintiff, | ~~(PROPOSED)~~ ORDER EXCUSING JESSE LAWLESS, ROBERT ROSEN, DAVID PULLEN, ERIC THAW, ALEXIS NASH AND IRA ANDERSON FROM SETTLEMENT CONFERENCE |
| v. | |
| CITY OF OAKLAND, California; California Highway Patrol Sergeant JAMES SHEERAN and Officer JACOB JOHNSON; Oakland Police Department Officers JESSE LAWLESS, ROBERT ROSEN, DANIEL HIGGINS, DAVID PULLEN, ERIC THAW, BRYAN FRANKS, ALEXIS NASH, and IRA ANDERSON; and Does 1-5, | |
| Defendants. | |

Upon application by Defendants JESSE LAWLESS, ROBERT ROSEN, DAVID PULLEN, ERIC THAW, ALEXIS NASH and IRA ANDERSON, and good cause appearing, it is hereby ordered as follows:

Defendants JESSE LAWLESS, ROBERT ROSEN, DAVID PULLEN, ERIC THAW, ALEXIS NASH and IRA ANDERSON are hereby excused from attending the Settlement

1  Conference in this action, scheduled for Friday, December 4, 2015. A command level
2  member of the Oakland Police Department will attend the Settlement Conference.
3  **IT IS SO ORDERED.**

Dated: October 23, 2015

*Elijah D. Laporte* (signature)

THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE