John J. Verber, State Bar No. 139917
Patrick M. Callahan, State Bar No. 219419
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Emails:          jverber@burnhambrown.com
                      pcallahan@burnhambrown.com

Attorneys for Defendants
DANIEL HIGGINS and BRYAN FRANKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HERD, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, California; STATE OF CALIFORNIA; California Highway Patrol Sergeant JAMES SHEERAN and Officer JACOB JOHNSON; Oakland Police Department Officers JESSE LAWLESS, ROBERT ROSIN, DANIEL HIGGINS, DAVID PULLEN, ERIC THAW, BRYAN FRANKS, ALEXIS NASH, and IRA ANDERSON; and DOES 1-5,<br><br>　　　　　Defendants. | No. 3:13-cv-04443-MEJ (EDL)<br><br>[PROPOSED] CASE MANAGEMENT ORDER<br><br>Date:  December 17, 2015<br>Time:  11:30 a.m.<br>Crtrm:  B - 15th Floor<br>Judge:  Honorable Maria-Elena James<br><br>Complaint Filed:         September 25, 2013<br>1st Amend. Complt.:   November 13, 2014<br>2nd Amend. Complt.:  May 8, 2014<br>Trial Date:                    March 21, 2016 |

A Telephonic Joint Status Conference came on regularly for hearing on December 17, 2015 at 11:30 a.m. in Courtroom 15, of the above-entitled Court, The Honorable Maria-Elena James presiding.  Darryl Parker appeared on behalf of Plaintiff RONALD HERD.  Charles E. Vose appeared on behalf of Defendants CITY OF OAKLAND, JESSE LAWLESS, ROBERT ROSEN, DAVID PULLEN, ERIC THAW, ALEXIS NASH and IRA ANDERSON.  Harry T. Gower, III, Deputy Attorney General appeared on behalf of Defendants STATE OF CALIFORNIA, by and through its Department of Highway Patrol, JAMES SHEERAN and

JACOB JOHNSON.  Patrick M. Callahan appeared for Defendants DANIEL HIGGINS and BRYAN FRANKS.

Based on information regarding the whereabouts of Plaintiff RONALD HERD provided to the Court during the conference, the Court vacates the Case Management Deadlines set forth in its Order of July 6, 2015, and sets the following deadlines:

| SUMMARY OF CASE MANAGEMENT DEADLINES | |
|---|---|
| Telephonic Case Management Conference | 1/21/2016 at 10:00 a.m. |
| Expert Disclosure | 2/1/2016 |
| Exchange of Pretrial Disclosures | 2/8/2016 |
| Deadline to File Pretrial Conference Statement and related Disclosures, Motions in Limine, and Trial Briefs and Related Documents | 2/22/2016 |
| Deadline to File Motions in Limine Oppositions | 2/29/2016 |
| Final Pretrial Conference | 3/10/2016 at 10:00 a.m. |
| Trial | 3/21/2016 at 9:30 a.m. (Duration: 5 days) |

The balance of the July 6, 2015 Order, including maintaining the trial date of March 21, 2016, remains in effect, except as to the changes in dates set forth above.

IT IS SO ORDERED.

Dated:  December 21,    , 2015

_____
HONORABLE MARIA-ELENA JAMES
JUDGE OF THE UNITED STATES DISTRICT COURT

4821-7124-0236, v. 1